**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GREGORY A. NIVERTH AND MARY LOU : No. 13 WAL 2018
NIVERTH, HUSBAND AND WIFE, :
:
          Petitioners : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
      v. :
:
:
:
EQUITRANS L.P., :
:
          Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.